# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| MOCKTAR TAIROU, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:19-cv-44 |
| v. | * | |
| PATRICK GARTLAND, | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 30. Petitioner Mocktar Tairou ("Tairou") did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **GRANTS** Respondent's Motion to Dismiss, **DENIES as moot** Tairou's 28 U.S.C. § 2241 Petition, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. Additionally, the Court **DENIES** Tairou *in forma pauperis* status on appeal.

**SO ORDERED**, this 6 day of July, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)